UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Monty Jones,

    Plaintiff,

v.                                                       Civil No. 15-3045 (JNE/FLN)
                                                       ORDER

Hoglund, Chwialkowski and Mrozik, PLLC,

    Defendant.

In a Report and Recommendation dated October 19, 2015, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that this action be dismissed without prejudice. Plaintiff did not object. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 4]. Therefore, IT IS ORDERED THAT:

1.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 12, 2015

                                                         s/Joan N. Ericksen
                                                         JOAN N. ERICKSEN
                                                         United States District Judge